GOVERNMENT
EXHIBIT
A
Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20812-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS GARCES,
a/k/a "Narra,"

    Defendant,
_____/

## STIPULATION REGARDING RESTITUTION

This Stipulation Regarding Restitution is entered into by and among the UNITED STATES OF AMERICA (the "UNITED STATES") JESUS GARCES and GARCES INVESTMENTS, LLC.

1. On November 16, 2021 this Court entered a Criminal Judgment, requiring the Defendant Jesus Garces to pay restitution in the amount of $14,329,679 [D.E. 147].

2. Garces Investments, LLC is a Florida limited liability company that is owned and controlled solely by the Defendant, Jesus Garces. That company was administratively dissolved for failure to file an annual report on September 25, 2020.

3. The Defendant Jesus Garces and Garces Investments, LLC own two properties located in Miami, Florida, more fully described as follows:

**2238 NW 5 Street, Miami, FL 33125**

    Folio No.:        01-4103-035-0220

    Legal Description:    Lot 29, Less The South 5 Feet, of City Line Park Amended,

Page 1 of 4

according to the plat thereof, as recorded in Plat Book 10, Page 13, of the Public Records of Miami-Dade County, Florida.

**6540 SW 43 ST, Miami, Florida 33155**

Folio No.:        30-4024-008-0520

Legal Description:    The East 61 Feet of the West 366 Feet of the North ½ of Tract 4, Resubdivision of Bird Road Terrace, according to the plat thereof, as recorded in Plat Book 32, at Page 65, of the Public Records of Miami-Dade County, Florida.

(collectively the "Garces Properties")

4. The Government filed a Motion for Writ of Execution regarding each of the Garces Properties, both of which issued and remain pending before the Court. [D.E. 154, 155].

5. The Defendant, Garces Investments, LLC, and the Government agree that the Garces Properties shall be sold by a receiver. After the costs associated with the receivership and sale are paid, all remaining net proceeds shall be paid to the U.S. District Court Clerk to be applied to the restitution judgment entered against Defendant Garces in the above styled case.

6. The Defendant Garces and Garces Investments, LLC agree that George Richards of National Auction Company (the "Receiver") shall be appointed as receiver to sell the Garces Properties in any manner approved by the United States. Defendant Garces and Garces Investments, LLC agree to immediately allow the Receiver to take possession of the Garces Properties, and to fully cooperate in regaining possession of the Garces Properties if necessary. Garces and Garces Investments, LLC agree that all future rents for the Garces Properties shall be paid to the Receiver. Garces and Garces Investments, LLC further agree that the Receiver shall be permitted to preserve and protect the Garces Properties, including obtaining liability insurance, and to put the same into saleable condition, at the discretion of the Receiver. The Receiver shall be permitted to pay any maintenance costs and incidental expenses necessary to sell, real estate commissions and legal fees,

to be reimbursed from the proceeds of any sale. Garces and Garces Investments, LLC agree that no fixtures or appliances will be removed from the Garces Properties. Garces and Garces Investments, LLC further agree to cooperate with the Receiver in the sale and transfer, including executing all documents necessary to facilitate the sale and transfer, providing copies of leases for any parties in possession, and to provide any information that is requested in connection with the sale. The Receiver shall be paid a commission of 8% for services rendered, plus his costs, as approved by the court.

7. Garces and Garces Investments, LLC shall not encumber or otherwise take any action that will result in a lien against the Garces Property.

8. All restitution payments contemplated by this Stipulation shall be made payable to "U.S. Courts," and shall be mailed to 400 North Miami Avenue, Room 8N09, Miami, Florida 33128, and shall reference the Defendant Jesus Garces and Case No. 19-20812-CR-SINGHAL. The payments shall be made by cashier's check, attorney's trust account check, title company check, wire, or money order.

9. This stipulation shall not serve as a precedent for resolving any other claim filed by the United States or any other person or entity. The persons signing warrant and represent that they possess full authority to bind all owners of the relevant properties and entities. This Stipulation constitutes the complete understanding of the parties and may not be modified, altered, or changed except upon the express written consent of all parties. The parties agree that they have not relied upon any representations, promises, or agreements of any kind made to them in connection with the decision to accept the terms of this Stipulation, except for those expressly set forth herein. The parties agree that this Stipulation, including all terms and conditions thereof, and any additional agreements relating thereto, may be made public in their entirety.

10. This Stipulation shall in no way be construed to modify the payment schedule imposed by

the Court in the Criminal Judgment entered in this cause, nor shall it be construed to limit or restrict the ability of the United States to enforce the same except as set forth in this Stipulation. This Stipulation shall not otherwise be deemed in any way to constitute a release or satisfaction of the Judgment in a Criminal Case entered against Defendant Garces.

11. This Stipulation shall in no way be construed to settle, resolve, or determine tax liability for any person or entity.

12. The parties agree to the entry of an Order requiring compliance with the terms of this Stipulation. The Court shall retain jurisdiction in order to enforce the terms of this Stipulation.

IN WITNESS WHEREOF, the Parties have executed this Stipulation of Settlement as of the date(s) set forth below.

_____ Date: 4/1/22
Jesus Garces

_____ Date: 4/1/22
Garces Investments, LLC

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

By: _____ Date: 4.1.2022

Brett R. Geiger
Assistant United States Attorney
Florida Bar No. A5502622
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel. No. (305) 961-9190
E-mail: Brett.Geiger@usdoj.gov