UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20812-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS GARCES,
a/k/a "Narra,"

    Defendant,
_____/

## ORDER APPROVING STIPULATION REGARDING RESTITUTION AND APPOINTING RECEIVER TO MARSHAL AND SELL DEFENDANT'S PROPERTY

**THIS CAUSE** came before the Court on Plaintiff's Motion to Approve a Stipulation Regarding Restitution ("Stipulation) and to Appoint a Receiver to Marshal and Sell Defendant's Property pursuant to 28 U.S.C. § 2001 and the Federal Debt Collection Procedure Act ("FDCPA") at 28 U.S.C. §§ 3001-3308. Upon due consideration and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Government's Motion to Approve Stipulation and to Appoint a Receiver to Marshal and Sell Defendant's Property is **GRANTED**. It is further,

**ORDERED AND ADJUDGED** that:

1)    George Richards of National Auction Company is hereby appointed as the Receiver to marshal and sell the following properties which are owned by Defendant Jesus Garces and Garces Investments, LLC:

**2238 NW 5 Street, Miami, FL 33125**

Folio No.:         01-4103-035-0220

Legal Description:   Lot 29, Less The South 5 Feet, of City Line Park Amended, according to the plat thereof, as recorded in Plat Book 10, Page 13, of the Public Records of Miami-Dade County, Florida.

**6540 SW 43 ST, Miami, Florida 33155**

Folio No.:         30-4024-008-0520

Legal Description:   The East 61 Feet of the West 366 Feet of the North ½ of Tract 4, Resubdivision of Bird Road Terrace, according to the plat thereof, as recorded in Plat Book 32, at Page 65, of the Public Records of Miami-Dade County, Florida.

**(herein the "Properties").**

George Richards, as Receiver, is authorized to execute the appropriate documents to accomplish and finalize the sale and transfer of the property, subject to confirmation by this Court, in any manner approved by the United States. The Receiver shall comply with the terms set forth in the Parties' Stipulation approved and adopted by this Order. The Receiver is directed to enter and take possession of the Property, to preserve and protect the value of the Property, and to put the Property into saleable condition (unless, in his best judgment, it is advisable to sell it in "as is" condition).

2)   Defendant, Jesus Garces and Garces Investments, LLC shall: cooperate with the Receiver in the sale and transfer of the Property; provide and execute all documents necessary to facilitate the sale and transfer of the Property; provide a copy of each and every lease or terms of occupancy for any parties in possession of the Property; and provide any information that is requested in connection with the sale. The defendant shall not encumber or otherwise take any action that will result in a lien against the Property.

1

3) Any maintenance costs and incidental necessary expenses to sell the Property shall be advanced by the Receiver and repaid from the proceeds of said sale. Reasonable real estate commissions and legal fees necessary to effectuate the sale may also be deducted from the proceeds of the sale in accordance with applicable business practices.

4) The proceeds obtained from the sale of property, after the payment of the Receiver's fees and costs, shall be deposited with the Clerk of the Court, U.S. District Court, Southern District of Florida, Financial Section, 400 North Miami Avenue, 8th Floor North, Miami, Florida 33128; and

5) The Clerk of the Court shall disburse the funds received from the sale of the subject property in accordance with 18 U.S.C. § 3612.

6) The Stipulation Regarding Restitution signed by the Parties is approved and adopted by the Court. The parties to the Stipulation are ordered to comply with the provisions set forth therein,

7) The Court shall retain jurisdiction to enforce the terms of said Stipulation and this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this _4th_ day of April 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

2